IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALVIN FAULKNER,           )
                          )
        Plaintiff,        )
                          )
    v.                    )    1:19CV982
                          )
W.C.I., ALLEGANY COUNTY,  )
MARYLAND,                 )
                          )
        Defendant(s).     )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of Maryland, submitted letter in which he alleges violations of his civil rights.[1] Plaintiff's claims are unclear, but the Court treated the filing as a civil rights action pursuant to 42 U.S.C. § 1983 out of an abundance of caution. Nevertheless, the form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1.  The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed or signed by Plaintiff, to permit review.

2.  The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. See LR 7.1(d).

---

[1] Plaintiff addressed the letter to the "Chief Federal Prosecutor" for the Western District of Virginia, but mailed it to this Court. His reasons for doing so are not clear. However, this Court does not accept mail for or forward mail to persons outside the Court.

3. Plaintiff's claims are rambling and are not understandable. Plaintiff must make any claims he seeks to raise clear.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint. To the extent Plaintiff chooses to file a new Complaint, the Court also notes that it appears that the potential defendants may be located in the District of Maryland, where Plaintiff is housed. The events challenged in the Complaint are all alleged to have occurred there as well. Therefore, it appears that venue would be proper in that District, and Plaintiff may obtain forms and instructions from the Clerk's Office for filing in that District. See 28 U.S.C. § 1391(b). The address is: 101 West Lombard Street, Baltimore, MD 21201.[2]

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

---

[2] If Plaintiff chooses to re-file his complaint here in this District, he should correct all of the matters noted above and should also include a statement addressing the proper venue in this case, for the Court's consideration in determining whether this case must be transferred to a proper district pursuant to 28 U.S.C. § 1406.

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms and in the correct district, which corrects the defects cited above.

This, the 24th day of September, 2019.

                                                /s/ L. Patrick Auld
                                                   **L. Patrick Auld**
                                    **United States Magistrate Judge**