IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALVIN FAULKNER,               )
                              )
           Plaintiff,         )
                              )
     v.                       )          1:19CV982
                              )
W.C.I., ALLEGANY COUNTY,      )
MARYLAND ,                    )
                              )
           Defendant.         )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on September 24, 2019, was served on the parties in this action. Plaintiff filed Objections to the Magistrate Judge's Recommendation within the time limits prescribed by 28 U.S.C. § 636. [Doc. #4.]

The Court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation [Doc. #2].

**IT IS THEREFORE ORDERED** that this action be filed and dismissed sua sponte without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms and in the correct district, which corrects the defects cited in the Magistrate Judge's Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 4th day of August, 2020.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge